A. Garcia, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for the County of Hillsborough.

Writ of Error dismissed on Motion of the Attorney General.

*Rivers Buford*, Attorney General, for the Motion.

---

Willie Hills, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Jefferson.

Writ of Error dismissed on motion of Attorney General.

*Rivers Buford*, Attorney General, for the Motion.

---

W. D. Morrison, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to the Circuit Court for the County of Holmes.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford*, Attorney General, for the Motion.